

NUMBER 13-20-00386-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CHRISTOPHER MARTINEZ
AND ALL OCCUPANTS                                          Appellants,

v.

ANNA RODRIGUEZ,                                             Appellee.

**On appeal from County Court at Law No. 5
of Nueces County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Perkes
Memorandum Opinion by Justice Longoria**

Appellants filed a notice of appeal on September 4, 2020. On September 8, 2020, the Court notified appellants the notice of appeal was not in compliance with TEX. R. APP. P. 9.1, 9.5, 25.1(d)(1), and 25.1(d)(4).   To date, the appellants have neither responded nor cured the defects.   On October 26, 2020 the court sent notice regarding the clerk's

record to appellants' last known address; however, the notice was returned undeliverable. The Court has sent other correspondence to appellants, which has also been returned as undeliverable and unable to forward.

Texas Rule of Appellate Procedure 9.1(b) requires unrepresented parties to sign any document filed and "give the party's mailing address, telephone number, and fax number, if any." *See* TEX. R. APP. P. 9.1(b). Appellants have neither provided this court with a forwarding address nor taken any other action to prosecute this appeal.

Furthermore, Rule 42.3 permits an appellate court, on its own initiative after giving ten days' notice to all parties, to dismiss the appeal for want of prosecution or for failure to comply with a requirement of the appellate rules. *See id.* 42.3(b), (c). Accordingly, We DISMISS the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3.

NORA L. LONGORIA
Justice

Delivered and filed this the
10th day of December, 2020.